IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JESUS TARIN URIAS, <br> a/k/a Urias Jesus Tarin, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) | Case No. 09-CV-063-JHP |
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) | |
| Respondent. | ) | |

## **JUDGMENT**

This matter came before the Court for consideration of defendant's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. The issues having been duly considered and a decision having been rendered in accordance with the Order filed simultaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for respondent, United States of America, and against petitioner, Jesus Tarin Urias, on his challenge to the legality of his sentence.

IT IS SO ORDERED this 22nd day of April, 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma